UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ——————————————————— | ) | |
| THE REVOLVING DOOR PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-3620 (RBW) |
| | ) | |
| BOARD OF GOVERNORS OF THE | ) | |
| FEDERAL RESERVE SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————————— | ) | |

## **<u>JOINT STATUS REPORT</u>**

Plaintiff the Revolving Door Project and Defendant Board of Governors of the Federal Reserve System (the "Board"), through undersigned counsel, file this status report to apprise the Court of the status of this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiff brings this action seeking records relating to four separate FOIA requests.

The parties report that they have met and conferred on any challenges to the adequacy of the Board's search and/or withholdings.  Plaintiff has represented that it is satisfied with the Board's search and the explanation for its withholdings. On January 29, 2024, Plaintiff tendered a settlement demand of attorneys' fees and costs.  The Board needs additional time to analyze the substance of Plaintiff's fee demand, including billing records, and the parties need additional time to meet and confer to determine whether they can resolve this litigation without the need for further judicial intervention.

Thus, the parties request that they file a status report by August 5, 2024, updating the Court as to the status of those negotiations, and if not, proposing a schedule for further proceedings. A proposed order is included herein.

Dated: June 3, 2024                     Respectfully submitted,

                              By:        */s/ Merrick Wayne*
                                         Matt Topic, D.C. Bar No. IL0037
                                         Merrick Wayne, D.C. Bar No. IL0058
                                         Stephen Stich Match, D.C. Bar No. MA0044
                                         LOEVY & LOEVY
                                         311 N. Aberdeen, Third Floor
                                         Chicago, IL 60607
                                         (312) 243-5900
                                         foia@loevy.com

                                         *Counsel for Plaintiff*

                                         MATTHEW M. GRAVES, D.C. Bar No. 481052
                                         United States Attorney

                                         BRIAN P. HUDAK
                                         Chief, Civil Division

                                         */s/ Brenda González Horowitz*
                                         BRENDA GONZÁLEZ HOROWITZ
                                         D.C. Bar No. 1017243
                                         Assistant United States Attorney
                                         U.S. Attorney's Office, Civil Division
                                         601 D Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-2512
                                         Brenda.Gonzalez.Horowitz@usdoj.gov

                                         *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
THE REVOLVING DOOR PROJECT,                         )
                                                    )
                          Plaintiff,                )
                                                    )
            v.                                      )        Civil Action No. 22-3620 (RBW)
                                                    )
BOARD OF GOVERNORS OF THE                           )
FEDERAL RESERVE SYSTEM,                             )
                                                    )
                          Defendant.                )
_____             )

### **[PROPOSED] ORDER**

      Upon consideration of the parties' joint status report, it is hereby ORDERED that the

parties shall submit another joint status report on or before August 5, 2024, updating the Court as

to the status of this Freedom of Information Act, 5 U.S.C. § 552, litigation.

      SO ORDERED.


_____          _____
Dated                            REGGIE B. WALTON
                                 United States District Judge