UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE REVOLVING DOOR PROJECT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF GOVERNORS OF THE ) <br> FEDERAL RESERVE SYSTEM, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-3620 (RBW) |

## JOINT STATUS REPORT

Plaintiff the Revolving Door Project and Defendant Board of Governors of the Federal Reserve System (the "Board"), through undersigned counsel, file this status report to apprise the Court of the status of this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiff brings this action seeking records relating to four separate FOIA requests. The first, submitted in October 2021, sought certain communications relating to ethics matters. Compl. ¶ 6. Prior to initiating the instant suit, the Board responded to Plaintiff's October 2021 request, producing approximately 90 pages of records and withholding approximately 146 pages in full, pursuant to FOIA Exemptions 4, 5, and 6. *Id*. ¶ 8.

Plaintiff submitted a second FOIA request in January 2022, seeking certain communications (among other records) containing the words 'rebalance' 'rebalancing' and/or 'preplanned' [between September 5, 2021, and January 10, 2022]. *Id*. ¶ 16. On May 9, 2022, the Board issued a final determination and produced approximately 23 pages of records and withheld approximately 160 pages in full, pursuant to FOIA Exemptions 4, 5, 6 and 7(A). *id*. ¶ 19.

The third FOIA request was also submitted in January 2022, and sought certain records and communications to or from the Federal Reserve's Public Affairs Division that include the word 'rebalance' 'rebalancing' and/or 'preplanned' [between September 1, 2021, and January 10, 2022]. Compl. ¶ 26. On May 10, 2022, the Board issued a final determination and produced approximately 19 pages of records and withheld approximately 93 pages in full, pursuant to FOIA Exemptions 4, 5, and 6. *Id.* ¶ 29.

The fourth FOIA request was submitted in January 2022 and sought certain records and communications to or from the Federal Reserve's Ethics Division that include the word 'rebalance' 'rebalancing' and/or 'preplanned' [between September 1, 2021, and January 10, 2022]. Compl. ¶ 36. On May 10, 2022, the Board issued a final determination and produced approximately 36 pages of records and withheld approximately 57 pages in full, pursuant to FOIA Exemptions 4, 5, and 6. *Id.* ¶ 38.[1]

The parties report that they have met and conferred on any challenges to the adequacy of the Board's search and/or withholdings. Plaintiff has represented that it is satisfied with the Board's search and the explanation for its withholdings. On January 29, 2024, Plaintiff tendered a settlement demand of attorneys' fees and costs. On August 2, 2024, the Board provided a counteroffer. Plaintiff is evaluating the Board's response, and the parties report they need additional time to continue meet and conferring to determine whether they can resolve this matter without the need for further judicial intervention.

---

[1] For each of the FOIA requests at issue, Plaintiff submitted an appeal to the agency. For each request, the Board upheld its withholdings. *See generally* Compl.

Thus, the parties request that they file a status report by October 4, 2024, updating the Court as to the status of those negotiations, and if not, proposing a schedule for further proceedings. A proposed order is included herein.

Dated: August 5, 2024                Respectfully submitted,

By:  */s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE REVOLVING DOOR PROJECT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF GOVERNORS OF THE )<br>FEDERAL RESERVE SYSTEM, )<br>)<br>Defendant. )<br>) | Civil Action No. 22-3620 (RBW) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall submit another joint status report on or before October 4, 2024, updating the Court as to the status of this Freedom of Information Act, 5 U.S.C. § 552, litigation.

SO ORDERED.

_____           _____
Dated                                             REGGIE B. WALTON
                                                       United States District Judge

4